FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 2 0 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

RAYVONE ROBINSON                )        Case No. CV 12-6494-GHK (MLG)
                                )
          Petitioner,           )
                                )                JUDGMENT
     v.                         )
                                )
M. MCDONALD, Warden,            )
                                )
          Respondent.           )
                                )

     IT IS ADJUDGED that the petition is denied with prejudice.

Dated:     3/20/13

_____
George H. King
Chief United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 2 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY